# United States District Court
## Western District of North Carolina
## Asheville Division

| | | |
|---|---|---|
| MEIKO BENNETT**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:20-cv-00276-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| KILOLO KIJAKAZI, Acting | ) | |
| Commissioner of Social Security**,** | **)** | |
| | ) | |
| Defendant. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 3, 2021 Order Of Remand.

August 3, 2021

*Frank G. John*

Frank G. Johns, Clerk
United States District Court